UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY L HIGGINS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THRIVE COMMUNITIES; CHELSEA AT JUANITA VILLAGE LP; GROSVENOR CAPCO LIMITED; GROSVENOR RESIDENTIAL GP LIMITED LCC; GROSVENOR USA LIMITED,<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:23-cv-0202-RSM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

　　The Clerk shall provide a copy of this Order to plaintiff and to District Judge Ricardo S. Martinez.

　　DATED this 16th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1