SENT: 2/7/23
FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

WENDY L. HIGGINS

Plaintiff(s),

v.

THRIVE COMMUNITIES INC.
Chelsea @ JUANITA VILLAGE, LP.
GROSVENOR CAPCO LIMITED
GROSVENOR RESIDENTAL GP
GROSVENOR USA LIMITED

Defendant(s).

CASE NO. 23-cv-202-RSM
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes ☐ No

FILED
LODGED
RECEIVED
MAIL

FEB 13 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | WENDY L. HIGGINS |
| Street Address | 11818 97th LANE NE C223 |
| City and County | KIRKLAND WA 98034 - KING |
| State and Zip Code | WA. 98034 |
| Telephone Number | (206) 941-9882 |

COMPLAINT FOR A CIVIL CASE - 1

B.　Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | THRIVE COMMUNITIES |
| Job or Title *(if known)* | 1518 1st AVE South #500 |
| Street Address | " |
| City and County | Seattle, KING |
| State and Zip Code | WA. 98134 |
| Telephone Number | (206) 388-2120 |

Defendant No. 2

| | |
|---|---|
| Name | Chelsea C Juanita Village |
| Job or Title *(if known)* | |
| Street Address | 11718 97th LANE NE |
| City and County | Kirkland WA. 98034 KING |
| State and Zip Code | WA. 98034 |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 2

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

US DEPT. OF HOUSING & URBAN DEVELOPMENT

PUBLIC HOUSING AGENCY

FAIR HOUSING ACT - AMERICANS W/DISABILITIES ACT

COMPLAINT FOR A CIVIL CASE - 3

B.   If the Basis for Jurisdiction Is Diversity of Citizenship

    1.   The Plaintiff(s)

        a.   If the plaintiff is an individual.

The plaintiff (name) __WENDY L HIGGINS__, is a citizen of the State of (name) __WASHINGTON__.

        b.   If the plaintiff is a corporation.

The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.   The Defendant(s)

        a.   If the defendant is an individual.

The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

        b.   If the defendant is a corporation.

The defendant, (name) __THRIVE COMMUNITIES, CHELSEA AT JUANITA VILLAGE__, is incorporated under the laws of the State of (name) __WASHINGTON__, and has its principal place of business in the State of (name) __WASHINGTON__.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

3.  The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

N/A

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

please see attached

## IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

HUD - abatement of Rent (past payments - current payments) Relief of Emotional distress, continued $75,000.

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 6, 2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: WENDY L. HIGGINS

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

COMPLAINT FOR A CIVIL CASE - 6

February 7, 2023
US Federal District Court
Western District of Washington
700 Stewart Street
Seattle, WA. 98101

FILED ___ LODGED ___ RECEIVED ___ MAIL

FEB 13 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Wendy L. Higgins vs.

Thrive Communities, Inc.
Chelsea at Juanita Village, L.P. [Grosvenor Capco Limited, Grosvenor Residential GP Limited, LLC, Grosvenor USA Limited]

### Request for Legal Counsel
*Mayra Miramontes-Ruiz, c/o Chelsea - Thrive leaves 30 day notice at my door in unsealed envelope with a scribbled signature (no viable name included in notice, stating she's Landlord, Owner; she is neither. I have no idea who this person is as she's not even an on site manager. There is NONE here now...the only one, Chloe Stanfield, is gone; we're now on our like 7th Property Manager. Myra under Chelsea Thrive Communities delivers, without any legal form of delivery, a 30 day notice stating rent owing since March 2020, which is remarkably and grossly inaccurate. I told Management Chelsea Office, Chloe, Allen in September 2022 I would not be paying rent thru the time I believe I was NOT required to pay rent (9 mos, less 30 days) (see HUD PHA Abatement violations Notice) due to their continued failed Federal, State Law violations included in complaint to which they were repeatedly notified of and completely ignored. Per Allen, "No 3 day notice will be given." There was NO balance owing as of September 2022, unless KCHA withheld payment due to Chelsea - Thrive's non compliance. Include notice just left at my door, an ERPP notice with a deadline date of 02/10/2023 was included. ERPP: On January 30, 2023. I get an email from Santiago Naranjo, (which actually goes into my spam folder) ERPP mediator, stating 'per attachment' with no attachment in his email. There's no timeline included. In looking at their website, it states a 14 days deadline (business days, they're not open on the weekends) from time an ERPP mediator intaker contacts you, which was on Jan.30, 2023. Deadline is conflicting confusion...but it's at least until 2/10/23, as noted on actual ERPP form, or Feb. 17, 2023. ON February 6, I received an email from Santiago stating, "MY CASE WAS CLOSED" just 5 days from which he first contacted me! Thus, I was not offered any due process within this ERPP resolution services, no means for possible legal assistance, grant assistance, mediation (although I'm asking court for relief)...just, out of the blue, without any proper authority, "MY CASE WAS CLOSED."

Due to nature of this case, threats of Eviction and not allowed to go thru the ERPP Resolution court process (just 'case closed'), I'm on SSD, struggling terribly with health issues, results would be homelessness, emotional stress, without being given any proper notice of ERPP support, and the previous interactions with the defendants as well as violations (federal state) outlined in Summons, I'm ask for the court to please appoint legal counsel.

### Violation of Federal & State Laws:
Failure to comply with HUD - PHA, KCHA requirements for over 9 months, when repeatedly advised of elevator issues by tenant in January 2022, while tenant continued to pay rent. Every

1

mention was disregarded until a KCHA inspector was called to perform compliance regulations, which Chelsea - Thrive failed in June 2022, July, August, September and again did not comply until 90 days later, (actually 9 months) resulting in tenant receiving 'abatement of rent' warning notices from KCHA - HUD and continued inspection notices via KCHA in October, 2022.  Tenant advised management she would not continue to pay rent (abatement), for the months she (Wendy Higgins) did pay while Chelsea continued to ignore federal, state regulations. It is NOT the KCHA Inspector's responsibility to advise implore property management to follow HUD guidelines, it's Thrive's responsibility and they knew Jan 1, 2022 their inspection was due and certificate would be invalid.  Thrive Chelsea, upon further investigations, has a history of non compliance, elevators breaking all the time, including outdated elevator certificate when Wendy Higgins was caught inside elevator, while just weeks prior the same elevator was broken,unusable causing move in complications. As of today, date of this notice, there is STILL no EMERGENCY CALL BOX INFORMATION.  Tenant (Wendy Higgins) is particularly alarmed at this as she was STUCK in middle of the night in C Bldg elevator trying to get to her car to retrieve her diabetes testing kit - a Type 1 Autoimmune Diabetic (accidentally left in car) as her blood sugars were rapidly falling, with NO working call box, only able to call 911 via (by chance) an emergency blackberry phone stuffed in pocket,  call box did NOT work! Fire Department prying doors open to get me out which took about an hour.  Horrifying and to this day, Wendy Higgins will NOT enter an elevator (particularly a mid or high rise) on her own.

Failure to comply with fire codes, regulations and safety when advised of fire concerns in C courtyard by many tenants regarding outside Grills and tree branches less than 10 inches away from tops of grills.  Chelsea - Thrive disregarded all concerns by a number of tenants for MONTHS, until end of December 2022 during the middle of a snow storm.

Failure to provide a safe secure environment. Failure to fix courtyard lights (they were literally just pulled out, disconnected rather than even fixing), lights on stairs (pitch black in that area as retail spaces were vacant, Chelsea - Thrive hasn't fixed the broken exterior lights on both adjacent buildings despite being notified for nearly 2 years). Failure to secure security gates, although tenant (Wendy Higgins) continued nearly weekly to ask them to fix the gates, they dismissed, disregarded or simply would say, "Yes, it's very dark over there...we'll have someone fix them."  For over a year they did nothing. These gates open up to the outside 98th Ave corridor, across from 2 bars were police are called nearly weekly. Tenant (Wendy Higgins) has been chased followed up the stairs, one man exposing himself, police were called, just of recent, a non tenant walking  around trying to get into building, intoxicated, solicitors leaving notices on private gates, the list is endless, including Tenant and former employee finding heroin needles on stairs. This also included during the summer where doors were left open, windows open, etc...Chelsea Thrive disregarded every notice to fix. This area is right in front of a bus stop. This area generates high transient population. Wendy Higgins was also nearly assaulted by a woman getting off the bus, following her up the stairs, whom ended being arrest at QFC.  Wendy Higgins is on SSD, has mobility issues, loss of vision and other health issues...the lights on stairs needed to be fixed.  They did nothing for over a year. Does the 'owner' Grosvenor, Grosvenor Trust know this property management company continually disregards tenant concerns, federal state laws, regulations?  Are they aware Chelsea - Thrive (the audacity) simply disconnects, removes non working pathway lights, stair guide lights, exterior lights (which were placed for a reason by the owner, builder) rather than attempt to even fix them. Bungey cord closed security gate doors tenants use to exit enter building rather than fix them, when tenants repeatedly reported this

for over a year. It's outrageous!

Failure to enforce tenants' continued on property, in apartments use of illegal drugs (federal offensive) although staff have been aware of the situation for years. Wendy Higgins, in any and every form possible, as well as other tenants, implored Chelsea- Thrive to enforce their own LEASE requirements regarding marijuana smoking in homes, particularly tenant above Wendy Higgins, to which staff also witnessed. Failure to even comply with laws and ADA requirements applicable to tenant.

Failure to comply and enforce pet owner's leash laws. Wendy Higgins was chased and nearly attacked by two dogs running freely in courtyard at night - 3AM, with one tenant repeatedly asked to "put your dog on a leash."

Failure to comply and enforce their own Lease requirements and state laws while tenants REPEATEDLY leaving filthy dog poop,urine all over the C courtyard; the parasites and bacteria can stay in the soil for years. To the point tenants'required Chelsea - Thrive to put out signs stating, "No dogs allowed on grass." Tenants would literally walk their dogs to those signs and leave their dog's feces all over the place.To the point it stunk so bad tenants couldn't lie out in community courtyard (where tenants BBQ, entertain, play games). Wendy Higgins stepped in piles of feces many times, ruining shoes, boots, rugs, carpets. Nothing was done or said to tenants, feces all over the side walks, too. Violations of Code Section 8.09. 120 and. KMC 8.09. 508 & KMC 15.52. 90

Failure to enforce trash regulations (health safety violation). Tenants repeatedly leaving bags of trash in hallways, bags of trash on patio decks,where they also let their animals poop and pee, bags of trash being left without being enclosed in garbage cans, on non pick up valet trash days, often left for days. Wendy Higgins and other tenants continually complain, taking pictures of repeated offenders and violations...Chelsea Thrive did nothing, not even notifying tenant to remove trash. Even as of today, date of notice, Wendy Higgins repeatedly asked Chelsea - Thrive to advised the non-compliant pot smoker above her, to throw away his rotting pumpkins on his deck, they've been there since beginning of October, they're black and rotting. Chelsea - Thrive can't even do that when they stated they would. They disregard every concern tenant (Wendy Higgins) has over and over. Chelsea - Thrive, like any other urban community, has a rat (rodent) problem, Wendy Higgins has reported 3 sightings, one on stairs she nearly stepped on because THE LIGHTS DON'T WORK, as well as one dead on the stairs, raccoons, ant and other bug infestations other tenants have issues with. They can't even comply with health safety compliance.

Chelsea - Thrive continually, blatantly and repeatedly disregarded Wendy Higgins' concerns, complaints regarding safety concerns for years. Thrive lists JD for Property Manager to walk thru around property, never happened. Floor's ruined in lobby, never fixed, sides of buildings, holes patched, never fixed...courtyard lawn chairs ruined, gas grills lids wide open, during snow storms, ruined, gas propane tanks empty - full? left out....the list is endless. I don't blame the maintenance team, they work very hard...it's Thrive itself, the management.

Discussions to continue regarding KCHA's 'recouping' {relief) subsidized rental payments from January - September, 2022 less proper 30 days, as Chelsea - Thrive was notified and did nothing,

lying to Wendy Higgins, tenant, stating, "Oh, a tenant tore them down." When if fact, they were expired, invalid, non compliant with federal regulations and laws

**Property Managment Landlord Harassment:**
1) Failing to perform maintenance tasks in a timely and responsible manner (see above)

2) Withholding amenities that were previously allowed, such as pool privileges or landscaping services (see above)

3) Notices of improper conduct that are made up or exaggerated (outlined below)

4) Notices of improper conduct that single out the tenant while violations from other tenants are ignored)  (outlined above and below)

5) Refusing to accept or otherwise acknowledge proper payment of rent or utilities (outlined below - renters insurance)

6) Threats of financial injury, intimidation, illegal notices, practices. (outlined below)

*When transferring out of building A114 into C207, my deposits were made accepted, paperwork signed, etc...there was a delay in moving in as there was some sort of water leak. I never saw the unit prior to renting it. Finally it was nearly ready for move in. While walking by the unit (again I'd never been allowed to see unit prior), C207's front door was wide open (it was at this point basically my apartment).  I knocked on the wide open door, the cleaners were right there, mopping their way out of the unit and said, "Hello", I live here, transferring into this unit and ASKED, ASKED...if was OK if I took a "quick peek inside."  The cleaners said, "yes."  I half way entered the apartment, just up to wall by kitchen, and said, "OH this looks great, you're doing a great job, thank you so much....can u please make sure you get the ceiling fan (mine was not clean when I moved into my previous apartment).The Chelsea cleaners said, "sure"....I thanked them again, said 'great job' probably in there 1 minute and walked out. Next thing I know, I'm being accused via hard copy notice, email (all retained) of trespassing, a crime, harassing and making the cleaners 'not feel safe'...that's what Nicole Roberts, Manager, and Alexis Heredia, leasing consultant....actually stated in writing. IT WAS THE MOST OUTRAGEOUS RETALIATORY LIE I'VE EVER HEARD. ABSOLUTELY A LIE, emails will confirm this exchange. I was nothing but appreciative. The entire conversation is stated above. Chelsea - Thrive accused me of trespassing (an apartment to which I had paid for) and just unbelievable lies and said they were going to put this 'in my file"...attached. Never ever did any such thing occur, not once.  I instantly addressed with with Nicole, and, of course, because it was complete retaliatory Chelsea Thrive behavior, removed it from my file as I stated I would pursue this legally.  Then, later when addressing this complete made up nonsense to leasging consultant Alexis Heredia, she said straight to me face..."Well, see what happens when you complain here...how does it feel, Wendy." (i.e., the complaints of pot smoking not just by me but by many."  THAT'S WHY THEY MADE UP SOME OUTRAGEOUS LIE, all the while accusing me of trespassing, etc... To further my point, I know of tenants whom have transferred from one unit to another here. While waiting for their apartments to be turned, cleaned...walked directly into said apartment to see status of apartment, not one, not one ever accused of 'trespassing'.  I'd happily of had all involved put UNDER OATH, SUBJECT TO PERJURY. JUST SUCH OUTRAGEOUS LIES BY CHELSEA - THRIVE

4

COMMUNITY. OVER AND OVER AND OVER. All the while other transferring tenants are allowed with open arms, to view their 'still being turned' apartment never once being accused of frickin' trespassing! NEVER, never in a million years would I ever say something negative to some cleaners whom I don't even know, working hard to clean and get my apartment ready to move into. it's absurd! It's outrageous allegation and an outright disgraceful LIE!   Retaliation is illegal in Washington state (RCW 59.18.240, RCW 59.18.250)

*Also during this time, Chelsea - Thrive employee, Luisa Rosales, CITED me WITH A TRASH VIOLATION, IN WRITING stating THEY'D CHARGE ME A FEE when I moved, in writing. Please see above regarding this health hazards. I had a Chelsea provided garbage can, one tied up garbage bag placed in the can and another tied up garbage bag on top, everything tied up in a trash can....when I wasn't even notified of the trash policy here initially.  Again, no other tenant here, see above regarding tenants repeatedly leaving filthy dirty trash in hallways, patios, decks, front doors, laden filthy pee soaked dog beds thrown in courtyard, dog crap everywhere, trash thrown all over, ever received any such notice. ONLY ME!

*Continued Property Management harassment regarding cigarette smoking by Manager Jennifer Baumgartner, actually stating I would be cited...and CALLED me on the phone to reprimand me and accuse me.  When, in fact (as she encouraged a particular tenant to take pictures of me, stalk me, harass me, all while same tenant yelling at me, telling me to fck off repeatedly) I was not on Chelsea property what so ever. I was on a public street, basically in the street on a curb, sitting in front of either vacant of closed retail space.   All the while, many other Chelsea tenants were smoking right out in front of the Chelsea entrance, (we have pictures) to this day they still are, daily, including Chelsea staff, while Chelsea staff walked and walks right by them. Their own staff smoking there, too. Again, outrageous targeting of me all the while Chelsea hallways, garages, apartments are covered in tenant marijuana smoke with nothing being said or done.

*Allen Pedroso accused me of actually being responsible for dental equipment breaking in their equipment room. The entire system whatever it was, had to be replaced, one could hear the failed equipment half way down the block but he accuses ME of breaking  some equipped placed behind a side locked door...when that's not even possible and I was NO WHERE near there, all the while, again their Maintenance Supervisor, Robert is smoking right in front of the dental building. Outrageous! I asked on what grounds does he have to accuse me of anything related to faulty dental equipment, he did not respond.

*During height of the COVID pandemic when masks were mandatory and required everywhere in the state (globally), I went into the Chelsea office A bldg to retrieve a package. There were notices posted everywhere, "masks required."  I walked in the lobby and some guy there was just walking around w/out a mask, drinking coffee, hanging out. I kindly asked him if he would please put a mask on as required, (ah...some of us suffer from chronic life threatening disease, type 1 diabetes, cancer, etc...).I'd never before seen this man. He said, "oh yeah..i know."  Next thing, he's walking up to me, in my face calling me the most vile disgusting names (C word, F words..just filthy) I've ever heard...no one has ever said those things to me....he's following me around yelling at me...it was so bizarre, crazy behavior. Again, I  did not know this person. Of course, there was NO ONE in the office (Chloe never answered emails, disregarded emails, ignored tenants, always out sick or 'on vacation...absolutely pathetic).  I immediately emailed

Chelsea, Allen to report this...clearly a violation of the Lease Terms. There were a few other people there, they told me this Chelsea tenants name, confirmed he lived in A bldg, which I gave to Allen Pedroso as well as description of the guy. nothing, nothing was done! A week or so later, as I'm trying to unload trunk of car (rental) in C retail garage, this same Chelsea tenant comes right up to me, right in my face (a person I have once again NEVER met) and starts yelling at me, saying the exact same thing...following me around the garage, getting in my space, C words, FU words, MAGAT nonsense...followed me around to the point I thought he was going to hit me. I ran away into the office, shaking, literally fearful and told Allen again what happened, same guy, etc...HE DID NOTHING, CHELSEA DID NOTHING! Didn't address this complete violation to this guy...only told me to, "Call the police." I asked if there were cameras still in the garages, retail, etc...he said, "NO." What property management company removes the security cameras in the garage? And, again nothing was said or done and that violent disgraceful tenant should have been evicted at once. You did nothing! So,I'm threatened harassed verbally abused by two tenant employees, outrageous behavior to which there are actual witnesses to..and YOU do nothing, but....I"M ACCUSED of outlandish trespassing behavior by Thrive, outlandish lies, and you actually write me up, without any evidence what so ever. Every time I turned around Thrive Chelsea were 'citing' me accusing me harassing me about something, which arguably no other tenant had to endure.

*I have witness and evidence of a Chelsea - Thrive Staff - employee physically picking up and moving my mail (package) (a violation of federal law) and writting a very derogatory disparaging statement on the bottom of my package on heavy black felt pen ink! Then, left it on the ledge near the mailboxes n the A Bldg!

*Tenants continually complained, myself included as the hallways stunk stunk of marijuana, we all knew who was doing it, too. This is a non smoking community. Marijuana smells literally make me sick to my stomach. As a type 1 juvenile autoimmune diabetic (who's been transported via ambulance 911 for uncontrolled vomiting) if I shoot myself full of insulin for a meal and vomit from the outrageous marijuana stink, it can literally kill me, as there's no food to absorb the insulin. Chelsea - Thrive did nothing. To this day, they continue to do nothing.

*I was offered,during 2022 lease renewal, a painted accent wall. I said I would yes, like a painted wall concessions. For months and months I asked about getting my wall painted, as I knew other tenants offered the same concession had their walls painted within weeks. I was continually dismissed, ignored, lied to time and time again, THIS WAS A LEASE RENEWAL OFFER! One Chelsea - Thrive response, "OH, we're just waiting for SW paint samples." Really, every color SW has is listed on their website. Just completely ignored...over and over month after month after month. I HAVE HAD ENOUGH!

*Continually charging for renters insurance when tenant, Wendy Higgins, repeatedly paid monthly for rental insurance, sending information to office.

*A month or so ago, I was sent directly from TMobile's executive team a new Lifeline phone, this is a federally funded phone I have to have. I have type 1 diabetes and need access to 911, help if and should my blood sugars drop too low and need help. Two, two were sent to me, both...apparently were stolen. I asked Chloe Stanfield in the office if there by chance any packages in there for me, my cell phone(s) are lost. She said 'no but would check parcel pending

to see if maybe I didn't receive codes,' etc... She couldn't even follow thru with that, sent two emails asking her if she checked, again...totally being ignored disregarded. THIS WAS FOR MY LIFELINE PHONES THAT I NEED....I HAVE TYPE 1 DIABETES AND HAVE BEEN ADMITTED CRITICAL WITH BLOOD SUGARS SO LOW, NON BRAIN FUNCTIONING. Didn't even have the decency to check parcel pending. Disgraceful.

**Pray for Relief:**

Plaintiff (Wendy Higgins) prays for relief from this continued unprofessional non complaint behavior and what seems to be retaliatory practices resulting in previous Higgins vs. Thrive, et al case in 2016. I have always been very respectful cordial to the people here at Chelsea - Thrive; always thanking maintenance, bought a thank you card and huge flower arrangement for Property Manager whom helped me move, transfer...get well cards for housekeeper I knew was out sick. I respectfully pray for relief of this, what seems to be, very targeted retaliatory practices by Thrive - Chelsea communities, corporation. I purposefully and purposely omitted (abatement per HUD) rent payments I believe Thrive failed their legal responsibilities to me and this community. I'm asking and praying the court will provide guidance in this and pray for relief from targeting harassing continued practices. I'm suffering terribly with health issues right now, under the care of my healthcare team, literally fighting to stay alive and the stress, emotional distress this has caused me and caused me in 2014 - 2017 with this corporation (Thrive, et al) just seems to continue.

_Wendy L. Higgins_                  Date: February 7, 2023

7

From: wendyhig@aol.com,
To: wendyhig@aol.com,
Subject: Fwd: FINAL EMAIL!!!
Date: Mon, Feb 6, 2023 12:07 pm
Attachments:

-----Original Message-----
From: Robyn Tucker <RobynT@kcha.org>
To: 'inquirty' <wendyhig@aol.com>
Sent: Thu, Aug 25, 2022 9:32 am
Subject: RE: FINAL EMAIL!!!

Good morning Wendy,

We spoke with L & I this morning Your complex has not paid the elevator certification which expired January 10th 2022 nor have they provided the information requested by L&I that the fail items have been corrected.

Please see the below snippet from the L&I website. A final email requesting the elevator certification has been sent to chelea@thrivecommunites.com.

| City | Building Name | Conveyance ID | Address | Status | Installed Year |
|---|---|---|---|---|---|
| KIRKLAND | CHELSEA @ JUANITA VILLAGE | 15764 | 11718 97TH LN NE | ACTIVE | 2002 |
| KIRKLAND | CHELSEA @ JUANITA VILLAGE | 15858 | 11718 97TH LN NE | ACTIVE | 2002 |
| KIRKLAND | CHELSEA @ JUANITA VILLAGE | 15933 | 11718 97TH LN NE | ACTIVE | 2002 |

**The Housing Choice Voucher program (HCV) elevator requirement**

| HEALTH AND SAFETY DETERMINATION: | Standard | This is a standard health and safety issue. A repair, correction, or act of abatement for this deficiency should occur within 30 days. |
|---|---|---|
| CORRECTION TIMEFRAME: | Within 30 days | |
| HCV – CORRECTION TIMEFRAME: | Within 30 days | |

**Abatement meaning:**

HUD Regulations states that the PHA shall not make any housing assistance payments if the contract unit does not meet the HQS, unless the owner corrects the defect within the period specified by the PHA and the PHA verifies the correction. If a defect is life threatening, the owner must correct the defect within no more than 24 hours. For other defects, the owner must correct the defect within the period specified by the PHA.

This means that the rent will be prorated for the period of time from the failed inspection until MPHA receives verifiable documentation of the completion of the needed repairs. This may require an additional physical inspection. No payment will be made for the abated period.

Feel free to contact me if you have any additional questions or concerns.

Thank you,

**Robyn Tucker** | HQ Inspector
700 Andover Park W., Seattle, WA 98188
Phone: 206-394-3788 | TTY: 7-1-1 | www.kcha.org

King County **Housing** Authority
**We transform lives through housing**

Your Social Security benefit will increase by **8.7%** in 2023 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---|
| Your monthly benefit before deductions | $1,522.00 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 17, 2022 or if someone else pays your premium, we show $0.00) | -$0.00 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2023. If you did not elect withholding as of November 1, 2022, we show $0.00) | -$0.00 |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 17, 2022, we show $0.00) | -$0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2022 on or about January 3, 2023. | $1,522.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

If you still get a paper check, you must visit the Department of the Treasury's website at *www.godirect.gov* to request electronic payments.

If you disagree with any of these amounts, you must file an appeal with us in writing within 60 days from the date you get this letter. We will assume you got this letter 5 days after the date of the letter, unless you show us that you did not get it within the 5-day period. You must have good reason for waiting more than 60 days to file an appeal. You can go to *www.ssa.gov/non-medical/appeal* to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at *www.ssa.gov/forms* to locate the form. If you need help with the form, please call us.

### Need more help?

1. Visit *www.ssa.gov* for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-574-2323**.

```
       SOCIAL SECURITY
       SUITE A100
       636 120TH AVE NE
       BELLEVUE WA 98005
```

How are we doing? Go to *www.ssa.gov/feedback* to tell us.

BNC#: 22B1052A84533

Over ▶

**From:** wendyhig@aol.com,
**To:** wendyhig@aol.com,
**Subject:** Fwd: ERPP Notice Confirmation - Wendy Higgins...
**Date:** Tue, Feb 7, 2023 8:36 am

-----Original Message-----
From: Naranjo, Santiago <SNaranjo@bellevuewa.gov>
To: chelsea@thrivecommunities.com <chelsea@thrivecommunities.com>; wendyhig@aol.com <wendyhig@aol.com>
Sent: Mon, Jan 30, 2023 11:52 am
Subject: ERPP Notice Confirmation - Wendy Higgins...

To Mayra Miramontes-Ruiz and Wendy Higgins:

Chelsea at Juanita Village (Landlord) recently sent the attached Eviction Resolution Pilot Program Notice and Resource Information form (ERPP Notice) to Wendy Higgins (Tenant) and to the Bellevue Conflict Resolution Center (BCRC). The BCRC helps landlords and tenants negotiate rent repayment plans to avoid eviction. The BCRC also provides referrals to legal assistance and to agencies with rent assistance grants.

Tenant must decide whether to participate in the ERPP during the response period. If Tenant still owes rent and refuses to participate in the ERPP or does not contact BCRC during the response period, Landlord may request a Dispute Resolution Certificate from BCRC. Landlord needs this Certificate to bring an eviction case in court.

**Tenant's Next Steps**

If Tenant wants to take part in the ERPP, Tenant must complete a short phone interview. Please contact me for more information about the ERPP and to schedule the intake interview. My direct email address and phone number are below.

After the intake interview, the BCRC will assign the case to a conciliator. The conciliator is an impartial helper who does not take sides in the negotiation. The conciliator will work with Landlord and Tenant toward a rent repayment plan.

**Landlord's Next Steps**

Please contact me if Tenant has paid rent in full, signed a payment agreement, has moved or if there is any other reason for the BCRC to close the case. If you have not sent to BCRC a copy of the offered Reasonable Schedule for Repayment you gave Tenant, please email it to me immediately. This will help BCRC deliver services more efficiently and may smooth the process in future unlawful detainer (evictions) proceedings, if any.

**Additional Information for Tenant and Landlord**

If Landlord and Tenant resolve the issues on their own, Landlord must inform BCRC in writing with a copy to all parties. BCRC will close the case without a Dispute Resolution Certificate after receiving this notice.

Please see the BCRC website (https://bellevuewa.gov/ERPP) for more information about the ERPP. You may also contact me at my direct number below or by email. Language services are available.

Thank you,
**Santiago A. Naranjo**
*Mediator*
Bellevue Conflict Resolution Center (BCRC)
City of Bellevue
Direct: (425) 452-4090



# Behind on rent? Here is a chance to resolve the dispute with your landlord

Superior Court Eviction Resolution Pilot Program (ERPP)

Tenants: To participate see below and respond by **(date):** 02/10/2023!
*(14 days after this notice is given to tenant)*

**Important! Tenants: Failure to respond to this notice within 14 days may result in the filing of a summons and complaint for an unlawful detainer action with the court (eviction).**

**To:**

| Tenant's Name: | Wendy Higgins |
| --- | --- |
| Property Address: | 11818 97th Lane NE C223, Kirkland, WA 98034 |
| Tenant's Phone: (206) 941-9882 | Tenant's Email: wendyhig@aol.com |

**From:**

| Landlord's Name: | Chelsea at Juanita Village |
| --- | --- |
| Landlord's service address: | 11718 97th NE, Kirkland, WA 98034 |
| Landlord's Phone: (425) 825-8500 | Landlord's Email: chelsea@thrivecommunities.com |
| Landlord's Lawyer (if any) Name: | |
| Lawyer's Address: | |
| Lawyer's Phone: | Lawyer's Email: |



Your landlord is asking you to take part in the Eviction Resolution Pilot Program ⓘ ***Do not wait. You can get help.***

### What is the Eviction Resolution Pilot Program (ERPP)?

Your county's Superior Court uses this program. ERPP requires landlords to try to reach agreements with tenants about unpaid rent before they can ask for eviction in court. You may be eligible for **rent assistance** and **legal help through the ERPP**.

If you participate in the ERPP, your landlord must work with you and a specialist from your local **Dispute Resolution Center** (DRC). If that solves the problem, great! If not, the DRC will offer free mediation. Mediation is voluntary – it only happens if both sides agree to do it.

You have a right to negotiated **payment plan** that works for you.

### Why should I participate?

If you get this notice and do **not** respond or try to reach an agreement, your landlord may file for eviction in court. You can get help from a **free lawyer** if you are not sure what to do. (See Appendix C).

- **Rent assistance**
- **Free mediation**
- **Free legal help**

*What is mediation?* It is when a trained person (a mediator) helps you solve a problem or reach an agreement with someone else.
You can ask for mediation at your local Dispute Resolution Center. Mediators are impartial and help all participants reach resolution.

## Get help now! Contact these free resources in your county.

**Rent Assistance**

*Landlords: Insert local program contact information here (see Appendix A). Tenants: Contact these free resources for assistance.*

| County/Service Area | Where to apply for rental assistance | Website | Email |
|---|---|---|---|
| King | King County | https://kingcounty.gov/depts/community-human-services/COVID/eviction-prevention-rent-assistance.aspx | DCHSRentalAssistance@kingcounty.gov |

**Dispute Resolution Centers**

*Landlords: Insert local program contact information here (see Appendix B). Tenants: Contact these free resources for assistance.*

| County | DRC Name | Email | Website | Address | Phone |
|---|---|---|---|---|---|
| King | King County DRC | housing@kcdrc.org | http://kcdrc.org/get-help/ | 4649 Sunnyside Ave. N, Suite 520 Seattle, WA 98103 | (206) 443-9603 x 111 Spanish: (206) 443-9603 ext. 103 |

**Lawyers**

### Statewide Eviction Defense Screening Line 1-855-657-8387 (free)

*Landlords: Insert local program contact information here (see Appendix C). Tenants: Contact these free resources for assistance.*

**KING COUNTY**
King County Bar Association Housing Justice Project
(206) 267-7069
Office of Civil Legal Aid Right To Counsel in Eviction Proceedings Information:
https://ocla.wa.gov/reports/



### Free interpreter services are available at all these programs

The Washington State Office of the Attorney General has this notice in multiple languages on its website: www.atg.wa.gov/landlord-tenant. You will also find information there on how to find a lawyer or advocate at low or no cost and any available resources to help you pay your rent. Alternatively, you may find additional information to help you at www.washingtonlawhelp.org and www.courts.wa.gov.

## I want to take part in the Eviction Resolution Pilot Program.
## What do I do now?

You can start the process by doing one of these things:
- Contact the Dispute Resolution Center in your county.
- Fill out and return this form to your landlord at the address on page 1. Keep a copy.

You can also get a lawyer, whether or not you participate in the ERPP.

| ☐ Yes, I want help resolving my unpaid rent. Contact me at: | |
|---|---|
| Tenant's Name: | |
| Tenant's Address: | |
| Tenant's Phone: | Tenant's Email: |

W L Higgins
11010 97th Lane NE
# C223
Kirkland, WA. 98034

FILED
LODGED
RECEIVED
MAIL

FEB 13 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Attn:
CLERK
US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET
SUITE # 2310
Seattle, WA. 98101

Seattle P&DC 981
FRI 10 FEB 2023 AM

